**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DYANNA M. WHITE,

                Plaintiffs,

v.

JUDGE EUGENE RENZI, RETIRED JUDGE PETER SCHWERZMANN, ATTORNEY MICHAEL YOUNG, RETIRED ATTORNEY ARTHUR STEVER III, OFFICER MICHAEL MANEY, JANE DOE 1 THROUGH 10, JOHN DOE 1 THROUGH 10

                Defendants.

**NOTICE OF MOTION**

Civil Action No.
5:22-cv-00370-DNH-ML

| | |
|---|---|
| **Motion by:** | Defendants EUGENE RENZI, PETER SCHWERZMANN, ARTHUR STEVER III, and MICHAEL MANEY |
| **Relief requested:** | An order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint. |
| **Supporting papers:** | Memorandum of Law in Support of Motion for Dismissal of the Complaint. |
| **Opposing papers:** | Pursuant to Rule 7.1 of the Local Rules of Practice of the Northern District of New York, opposing papers must be filed and served within twenty one (21) days of the service of this motion. |

Dated: May 5, 2022

**BOND, SCHOENECK & KING, PLLC**

By: _____
Jonathan B. Fellows (JF8629)
One Lincoln Center
Syracuse, New York 13202
Tel.: (315) 218-8000
Email: FellowJ@bsk.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I electronically filed the above Notice of Motion, and the supporting Memorandum of Law with the Clerk of the Court using the CM/ECF filing system, and sent via U.S. Mail to Plaintiff Dyanna White at the following address:

>Dyanna M. White
>200 6th Street
>Providence, RI 02906

_____
Jonathan B. Fellows

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I electronically filed the above Notice of Motion, and the supporting Memorandum of Law with the Clerk of the Court using the CM/ECF filing system, which sent notification of the filing to:

>Kateryna Stupnevich, Esq.
>MORRISON MAHONEY LLP
>Wall Street Plaza
>88 Pine Street, Suite 1900
>New York, NY  10005

_____
Jonathan B. Fellows

2