UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK

DYANNA M. WHITE,

        Plaintiff,

NOTICE OF MOTION TO STRIKE

Civil Action No.
5:22-CV-370,DNH/ML

v.

JUDGE EUGENE RENZI, RETIRED JUDGE PETER SCHWERZMANN, ATTORNEY MICHAEL YOUNG, ARTHUR STEVER III, OFFICER MICHAEL MANEY, JANE DOE 1 THROUGH 10, JOHN DOE 1 THROUGH 10

        Defendants.

---

Response by:　　　　　　　　　　　Plaintiff, Dyanna M. White

Relief Requested:　　　　　　　　　An Order Affirming Motion To Strike Docket No. 35 On the Grounds of Noncompliance With NDNY Federal Civil Local Rule 83.1

Dated: June 1, 2022

Dyanna M. White, Plaintiff

*/s/ Dyanna M. White*

Dyanna M. White, Plaintiff
200 6th Street
Providence, RI 02906
dmw2022cr@gmail.com
401-430-0525

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the above Notice of Response to Motion, and the supporting Memorandum of Law with the Clerk of the Court using the CM/ECF filing system.

_____
Dyanna M. White